**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Andy Cuong NGUYEN, Defendant–**
**Appellant.**

No. 07–10076.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Feb. 1, 2008.

Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Andy Cuong Nguyen, Honolulu, HI, pro se.

Georgia K. McMillen, Esq., Wailuku Maui, HI, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Andy Cuong Nguyen appeals from his conviction and 27–month sentence imposed following a guilty plea to conspiracy to commit alien smuggling, in violation of 18 U.S.C. §§ 371 & 2 and 8 U.S.C. § 1324(a)(2)(B)(ii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Nguyen's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is granted.

The conviction is **AFFIRMED;** the appeal of the sentence is **DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.